UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

C.F. STINSON, INC. and SAMPLE
TECHNOLOGIES, LLC,

      Plaintiffs,

v.                                                        Case No. 2:11-cv-11926

MAYER-PAETZ, INC.,
d/b/a MAYER FABRICS,

      Defendant.
                                   /

**ORDER OF VOLUNTARY DISMISSAL**

      Plaintiffs initiated this action on May 2, 2011, and Defendant has yet to answer the complaint or file any motions.  On November 9, 2011, Plaintiffs filed a notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i).  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action "without a court order" by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."  Although Plaintiffs' notice effectively dismissed this matter, the court here confirms that dismissal for the sake of docket clarity.  Accordingly,

      IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Rule 41(a)(1)(B).

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: November 16, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 16, 2011, by electronic and/or ordinary mail.

                                                   s/Lisa Wagner
                                                   Case Manager and Deputy Clerk
                                                   (313) 234-5522